IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| AARON SMITH, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06-CV-00698 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| B.A. BLEDSOE, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions are hereby **DENIED** as **MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 17th day of January, 2007.

United States District Judge